City and County of Denver, Petitioner v. Board of County Commissioners of Adams County; City of Aurora; City of Brighton; and City of Thornton, Respondents No. 22SC250
Supreme Court of Colorado, En Banc
October 24, 2022
 Court of Appeals Case No. 20CA1778 
 GRANTED PETITIONS FOR WRIT OF CERTIORARI 
 Petition for Writ of Certiorari GRANTED. 
 Whether the Court of Appeals erred when it determined that a cause of action for breach of contract does not accrue until the extent of damages is fully ascertainable and there is an "incentive to sue." 
 DENIED AS TO ALL OTHER ISSUES. 
 JUSTICE BERKENKOTTER does not participate. 
 1